■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN TORRES, Appellant. [621 NYS2d 856] —Judgment, Supreme Court, Bronx County (Vincent Quattrochi, J.), rendered November 8, 1991, convicting defendant, upon a guilty plea, of criminal sale of a controlled substance in the fifth degree and

sentencing him, as a second felony offender, to a term of 2½ to 5 years, unanimously affirmed.

Defendant failed to timely raise the issue of whether he was properly sentenced as a second felony offender by failing to controvert the predicate felony statement filed against him (CPL 400.21 [3]). Thus, any question concerning whether defendant's prior California conviction is equivalent to a conviction for a felony in New York has not been preserved for appellate review, and we perceive no basis for reaching the matter in the interest of justice. *(People v Perez,* 202 AD2d 695, *lv denied* 84 NY2d 831.) We have reviewed defendant's remaining claim and on this record find it to be without merit. Concur—Ellerin, J. P., Wallach, Asch and Nardelli, JJ.